IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEONSEY LONTE JOHNSON,

    Petitioner,

v.                                            CASE NO. 3:15-cv-261-RV-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

### **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 19, 2016 (ECF No. 33), which recommended that Respondent's motion to dismiss be granted. The petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections (ECF No. 36).

Having considered the Report and Recommendation, and Petitioner's objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. Respondent's motion to dismiss, ECF No. 24, is **GRANTED.** The Clerk must enter judgment stating, "Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed." A certificate of appealability is denied. Leave to proceed on appeal *in forma pauperis* is denied.

**DONE AND ORDERED** this 31st day of August 2016.

                                                  /s/ Roger Vinson
                                                 **ROGER VINSON**
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**